**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __California__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Bella View Capital, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 3 – 4 3 5 3 4 6 8 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 10240 Calvine Road | |
| Number   Street | Number   Street |
| | P.O. Box |
| Sacramento, CA 95829 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Sacramento | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. Debtor's website (URL)   _____

| Debtor | Bella View Capital, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor ___Bella View Capital, LLC___ Case number (if known)_____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
              District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
               District _____ When __/__/____
               Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☒ Other ___Pending foreclosure sale___

    **Where is the property?** _____
                              Number    Street

                              _____
                              City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor　Bella View Capital, LLC　　　　　　　　　　　　　　　Case number (if known)_____
　　　　　Name

### 13. Debtor's estimation of available funds

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49　　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　☐ 5,001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　　☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

### 15. Estimated assets

☒ $0-$50,000　　　　　　　　☐ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　　☐ $10,000,001-$50 million　　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　　　☐ $50,000,001-$100 million　　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　　　☐ $100,000,001-$500 million　　　☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000　　　　　　　　☐ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　　☐ $10,000,001-$50 million　　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　　　☐ $50,000,001-$100 million　　　☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million　　　　☐ $100,000,001-$500 million　　　☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 28 / 2023
　　　　　　　MM / DD / YYYY

X _____　　　Jesse Ortiz
Signature of authorized representative of debtor　　　Printed name

Title  Attorney for Bella View Capital, LLC

| Debtor | Bella View Capital, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

X _____  Date 4/28/2023
　Signature of attorney for debtor　　　　　　　MM / DD / YYYY

Jesse Ortiz
Printed name

Ortiz Law Group
Firm name

681 W. Capitol Ave., Suite 201
Number　　Street

West Sacramento　　　　　　　　　CA　　95605
City　　　　　　　　　　　　　　　　State　ZIP Code

916-443-9500　　　　　　　　　　　Jesse@jesseortizlaw.com
Contact phone　　　　　　　　　　　Email address

176450　　　　　　　　　　　　　　CA
Bar number　　　　　　　　　　　　State